WOLCOTT J. HUMPHREY, as a Director of the MARR & COLTON COMPANY, INCORPORATED, Suing for the MARR & COLTON COMPANY, INCORPORATED, Respondent, v. DAVID MARR and Others, Appellants, Impleaded with JOHN J. COLTON, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WOLCOTT J. HUMPHREY, Respondent, v. DAVID MARR and Others, Appellants. — Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of WILLIAM UHLEE, Respondent, for an Examination of the Ballots under the Election Law; CHESTER COSO, Appellant.— Final order modified by directing that on the recanvass ballot marked Exhibit No. 10 be counted, and as so modified affirmed, without costs of this appeal to either party. (See People ex rel. Karns v. Porter, 176 App. Div. 330; People ex rel. Brown v. Board of Supervisors, 170 id. 364.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN RICH, Appellant, v. CARL J. KISCHEL, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THOMAS H. DOWD, Respondent, v. STATE BANK OF BOLIVAR, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $1,800 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. This determination is based upon three items considered together: (1) The court's cha ge to the effect that in rendering a verdict the jury must take into consideration the fact of the plaintiff's personal interest in the previous litigation; (2) the proof of the $8,000 inte.est of the plaintiff, and (3) the amount demanded in the complaint and the testimony of the various experts. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HELGA A. SCHUTT, as Limited Administratrix, etc., of WILLARD L. SCHUTT, Deceased, Appellant, v. TOWN OF GREECE, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, and Crosby, JJ. [135 Misc. 479.]

JUANITA W. JACK, as Limited Administratrix, etc., of WILBUR C. JACK, Deceased, Appellant, v. TOWN OF GREECE, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson P. J., Crouch, Taylor, Thompson and Crosby, JJ. [135 Misc. 479.]

MARGARET POWERS, an Infant, etc., Appellant, v. TOWN OF GREECE, Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [135 Misc. 479.]

FRANK L. POWERS, Appellant, v. TOWN OF GREECE, Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [135 Misc. 479.]

FLORENCE E. MANLEY, Appellant, v. TOWN OF GREECE, Respondent — Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [135 Mi c. 479.]